UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TONY L. NELMS, SR.,**

    **Plaintiff,**  :

  v.          Case No. 2:23-cv-3663
            Judge Sarah D. Morrison
            Magistrate Judge Chelsey M.
            Vascura

**JAMES MADISON,** *et al.,*  :

    **Defendants.**

## ORDER

  This matter is before the Court on the November 20, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 2.) Therein, the Magistrate Judge recommended that Plaintiff's Motion for Leave to *in Forma Pauperis* be granted. (ECF No. 1.) The Magistrate Judge also performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for lack of subject matter jurisdiction. (*Id.*) Plaintiff was advised of his right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Nonetheless, the time for filing objections has passed, and no objections have been filed.

  For the reasons set forth therein, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 2) and **DISMISSES** the Complaint (ECF No. 1) without prejudice. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

  **IT IS SO ORDERED.**

            /s/ Sarah D. Morrison
            **SARAH D. MORRISON**
            **UNITED STATES DISTRICT JUDGE**